

RECEIVED
IN LAKE CHARLES, LA
DEC - 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| WILBERT J. DOUCET | : | DOCKET NO. 06-2002 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| UNITED STATES COMMISSIONER SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees pursuant to EAJA [doc. # 16] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 3,175.00.

IT IS FURTHER ORDERED that plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) [doc. # 18] is hereby DENIED WITHOUT PREJUDICE, and that the plaintiff may reurge the motion for such fees at the appropriate time.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5 day of Dec, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE